IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01574-BNB

PAUL W. DRIGGERS,

    Plaintiff,

v.

J. M. WILNER, Warden,
THE U.S. BUREAU OF PRISONS, and
THE UNITED STATES OF AMERICA,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 27 2008

GREGORY C. LANGHAM
    CLERK

## ORDER

Pursuant to the Order of July 25, 2008, Plaintiff was instructed to submit a certified copy of his trust fund account statement. On August 1, 2008, rather than submitting a certified copy, Plaintiff filed a Letter, in which he claims that no one will provide him with a certified copy of his trust fund account statement. The Court granted Plaintiff an additional thirty days to provide a certified copy of his account statement. If Plaintiff was unable to obtain a certified copy the Court instructed him to submit a verified statement by prison staff that they are unable to provide him with a copy.

On August 8, 2008, Plaintiff submitted to the Court a copy of his account statement. The statement, however, is not certified. Again, the Court entered an order instructing Plaintiff to submit a certified copy of his account statement within thirty days or a verified statement by prison staff that they will not provide a certified copy. On August 25, 2008, Plaintiff submitted to the Court a pleading, in which he requests that the Court waive the requirement that he provide a certified copy of his trust fund account statement to the Court. He claims that all staff knows he is pursuing legal

action and are avoiding him. He further asserts that all of his requests for a trust fund account statement are being ignored.

The Clerk of the Court will be directed to send a copy of the instant Order and Documents No. 7, 10, and 12 in the instant action to the Florence FCI Warden. The Court seeks assistance from the warden in verifying whether Mr. Driggers' requests for a certified copy of his inmate account statement are indeed being denied by prison staff. The Court also seeks assistance in obtaining a certified copy of Mr. Driggers' account statement for filing with the Court. Accordingly, it is

ORDERED that Plaintiff has thirty days from the date of the instant Minute Order to comply with the Court's July 25, 2008, Order. It is

FURTHER ORDERED that the Clerk of the Court send a copy of the instant Order and Document Nos. 7, 10, and 12 to the Florence FCI Warden. It is

FURTHER ORDERED that the Florence FCI Warden assist the Court in determining the validity of the denial of Mr. Driggers' request and in obtaining a certified copy of his account statement within thirty days of the date of this Order. It is

FURTHER ORDERED that Plaintiff's Emergency Motion for Temporary Waiver of Trust Fund Statement, (Doc. No. 12), filed August 25, 2008, is DENIED.

DATED August 27, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01574-BNB

Paul W. Driggers
Reg. No. 00922-287
FCI - Florence
PO Box 6000
Florence, CO 81226

Warden Wilner
FCI - Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER, and document 7, 10, and 12 to Warden Wilner ONLY, and the Order** the above-named individual on 8/27/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk