IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01574-BNB

PAUL W. DRIGGERS,

    Plaintiff,

v.

J. M. WILNER, Warden,
THE U.S. BUREAU OF PRISONS, and
THE UNITED STATES OF AMERICA,

    Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiff Paul W. Driggers initiated this action by filing a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Upon review of the merits of the Complaint, Magistrate Judge Boyd N. Boland entered an order, on October 28, 2008, directing Mr. Driggers to file an Amended Complaint. Plaintiff was instructed to name proper defendants and to assert personal participation by each named defendant. Plaintiff was warned that if he failed to file an Amended Complaint within the time allowed the Complaint and the action would be dismissed without further notice.

On November 13, 2008, Mr. Driggers filed a Letter with the Court, in which he requested that the Court send to him copies of his original pleadings to assist him in writing his Amended Complaint. On November 14, 2008, the Clerk of the Court sent to

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 15 2008

GREGORY C. LANGHAM
                   CLERK

Plaintiff copies of his original Complaint. Plaintiff has not indicated to the Court that he did not receive the copies of his original Complaint nor has he requested an extension of time to file an Amended Complaint. As a result, he has failed to amend the Complaint within the time allowed.

Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly instructed Plaintiff to amend the Complaint and name as defendants the individuals who participated in the alleged constitutional violations. Therefore, the Complaint and action will be dismissed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this 12 day of Dec., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01574-BNB

Paul W. Driggers
Reg. No. 00922-287
FCI - Tucson
PO Box 23811
Tucson, AZ 85734-3811

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** the above-named individuals on 12/15/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk