IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01574-ZLW

PAUL W. DRIGGERS,

    Plaintiff,

v.

J. M. WILNER, Warden,
THE U.S. BUREAU OF PRISONS, and
THE UNITED STATES OF AMERICA,

    Defendants.

---

ORDER DENYING MOTION TO RECONSIDER
FILED PURSUANT TO FED. R. CIV. P. 60(b)

---

On January 20, 2009, Plaintiff Paul W. Driggers, a federal prisoner now housed in the State of Arizona, filed a pleading titled, "Renewed Motion to Reinstate his Cause of Action, or to Vacate the Judgment Dismissing Same." In the Renewed Motion, Plaintiff states that he is filing the Motion pursuant to Fed. R. Civ. P. 60(b). Previously, on December 29, 2008, Mr. Driggers filed a pleading that was construed as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 59(e). In the December 29, 2008, Motion, Mr. Driggers asks the Court to reinstate the instant action because his Amended Complaint was timely. The Court denied the December 29, 2008, Motion on January 14, 2009. In the January 20, 2009, Motion, Mr. Driggers again asks the Court to reconsider and vacate the December 15, 2008, Order of Dismissal of his Prisoner Complaint because his Amended Complaint was timely.

The Court must construe the January 20, 2009, Motion liberally because Mr. Driggers is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972);

*Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will treat the Motion as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. **See *Massengale v. Oklahoma Bd. of Examiners in Optometry*** , 30 F.3d 1325, 1330 (10th Cir. 1994).

Upon consideration of the January 20, 2009, Motion to Reconsider, and the entire file, the Court finds that Mr. Driggers fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Based on the findings in the Court's January 14, 2009, Order that denies the December 29, 2008, Motion to Reconsider, Mr. Driggers' Amended Complaint was not timely, and the action was properly dismissed for failure to file an Amended Complaint within the time allowed. Again, Mr. Driggers is reminded that the action was dismissed without prejudice, and he may file a new action raising the same claims if he so desires. Accordingly, it is

ORDERED that Applicant's Renewed Motion to Reinstate his Cause of Action or to Vacate the Judgment Dismissing Same, (Doc. No. 31), is construed as a Motion to Reconsider, filed pursuant to Fed. R. Civ. P. 60(b), and is denied.

DATED at Denver, Colorado, this 29 day of Jan. , 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01574-ZLW

Paul W. Driggers
Reg. No. 00922-287
FCI - Tucson
PO Box 23811
Tucson, AZ 85734-3811

    I hereby certify that I have mailed a copy of the **ORDER** the above-named individuals on 1/29/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk